IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00235-WYD-CBS

KENNETH W. PORTIER,
    Plaintiff,
v.

LT. ANN DEFUSCO (CSP), and
LT. RENEE OLIVETTE (CSP),
    Defendants.

## ORDER

Magistrate Judge Craig B. Shaffer

THIS MATTER comes before the court on: (1) Mr. Portier's "Motion to Correct the Spelling of Defendants[ ' ]s Name in Caption" (filed February 29, 2008) (doc. # 11); and (2) Mr. Portier's "Response to Minute Order dated February 12, 2008" (doc. # 12). Pursuant to the Order of Reference dated March 7, 2008 (doc. # 13) and the memorandum dated March 10, 2008 (doc. # 14), Mr. Portier's Motion was referred to the Magistrate Judge. The court having reviewed the Motion, the Response, and the entire case file and being sufficiently advised in the premises, IT IS ORDERED that:

    1. Mr. Portier's "Motion to Correct the Spelling of Defendants[ ' ]s Name in Caption" (filed February 29, 2008) (doc. # 11) is GRANTED. The caption shall be corrected to reflect the spelling of Defendant's name as Lt. Renee Olivette.

    2. The Clerk of the Court shall mail to Plaintiff a copy of the current docket sheet and an additional copy of the February 4, 2008 "Order Directing Clerk to Commence Civil Action and

Granting Plaintiff Leave to Proceed Pursuant to 28 U.S.C. § 1915 Without Payment of Initial Partial Filing Fee" (doc. # 2).

3.  Defendants Defusco and Olivette filed their waivers of service on February 27, 2008. Thus, Defendants have 60 days after February 27, 2008 to respond to Mr. Portier's Prisoner Complaint.

DATED at Denver, Colorado, this 11th day of March, 2008.

BY THE COURT:

s/Craig B. Shaffer
United States Magistrate Judge