IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00235-WYD-CBS

KENNETH W. PORTIER,
 Plaintiff,
v.

LT. ANN DEFUSCO (CSP), and
LT. RENEE OLIVETTE (CSP),
 Defendants.

_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

This civil action comes before the court on Mr. Portier's "Motion for Order Regarding Account Statement" (filed April 21, 2008) (doc. # 17). Pursuant to the Order of Reference dated March 7, 2008 (doc. # 13) and the memorandum dated April 22, 2008 (doc. # 18), Mr. Portier's Motion was referred to the Magistrate Judge.

Mr. Portier asks the court to order prison officials "to provide Plaintiff with a certified copy of his inmate account history each month so Plaintiff can fulfill his obligations to this court." Pursuant to the court's February 4, 2008 "Order . . . Granting Plaintiff Leave to Proceed Pursuant to 28 U.S.C. § 1915 Without Payment of Initial Partial Filing Fee" (doc. # 2), the responsibility remains with Mr. Portier for ensuring that monthly filing fee payments are made or for demonstrating why a payment cannot be made. This is the standard practice of the U.S. District Court for the District of Colorado in all prisoner cases. Mr. Portier must monitor his own financial resources and comply with the applicable rules and regulations existing at the facility where he is

incarcerated to meet his monthly filing fee obligations. Contrary to Mr. Portier's professed inability to obtain copies of his inmate trust account statement, Mr. Portier has filed certified copies of his inmate trust account statement on three occasions. (*See* docs. # 1, # 10, and 3 16). Accordingly,

IT IS ORDERED that Mr. Portier's "Motion for Order Regarding Account Statement" (filed April 21, 2008) (doc. # 17) is DENIED.

DATED at Denver, Colorado, this 22nd day of April, 2008.

BY THE COURT:

   s/Craig B. Shaffer
United States Magistrate Judge