IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00235-WYD-CBS

KENNETH W. PORTIER,
    Plaintiff,
v.

LT. ANN DEFUSCO (CSP), and
LT. RENEE OLIVETTE (CSP),
    Defendants.

## ORDER
_____

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on Mr. Portier's "Motion Asking the Courts to Allow the Plaintiff to Respond to Defendants' Reply in Support of Motion to Dismiss" (filed August 1, 2008) (doc. # 31). Pursuant to the Order of Reference dated March 7, 2008 (doc. # 13) and the memorandum dated August 1, 2008 (doc. # 32), this matter was referred to the Magistrate Judge. The court having reviewed the Motion and the entire case file and being sufficiently advised in the premises,

    IT IS ORDERED that:

    1.    Mr. Portier's "Motion Asking the Courts to Allow the Plaintiff to Respond to Defendants' Reply in Support of Motion to Dismiss" (filed August 1, 2008) (doc. # 31) is GRANTED.

    2.    Mr. Portier may file his Surreply to Defendants' Reply in Support of Motion to Dismiss **on or before August 29, 2008**.

DATED at Denver, Colorado, this 4th day of August, 2008.

BY THE COURT:

    s/Craig B. Shaffer
United States Magistrate Judge