IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00235-WYD-CBS

KENNETH W. PORTIER,
    Plaintiff,
v.

LT. ANN DEFUSCO (CSP), and
LT. RENEE OLIVETTE (CSP),
    Defendants.

## ORDER
_____

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on Mr. Portier's "Motion to Show Cause why the Court has not Responded to his Motion for Extension of Time to File his Surreply" (filed September 2, 2008) (doc. # 39). Pursuant to the Order of Reference dated March 7, 2008 (doc. # 13) and the memorandum dated September 3, 2008 (doc. # 40), this matter was referred to the Magistrate Judge.

    On September 2, 2008, District Judge Daniel referred to the Magistrate Judge Mr. Portier's "Motion for Extension of Time D.C. COLO. L Civ.R 6.1" (filed August 29, 2008) (doc. # 36). Also on September 2, 2008, the Magistrate Judge issued an Order granting Mr. Portier's "Motion for Extension of Time D.C. COLO. L Civ.R 6.1" (filed August 29, 2008) (doc. # 36) and Mr. Portier's "Motion for Extension of Time D.C. COLO. L Civ.R 6.1" (filed August 18, 2008) (doc. # 35). (*See* doc. # 38). The court ordered that Mr. Portier may file his Surreply to Defendants' Reply in Support of Motion to Dismiss **on or before September 30, 2008** and that *no further extensions of time will*

1

*be permitted.* Accordingly, IT IS ORDERED that:

1. Mr. Portier's "Motion to Show Cause why the Court has not Responded to his Motion for Extension of Time to File his Surreply" (filed September 2, 2008) (doc. # 39) is GRANTED.

2. Mr. Portier's "Motion for Extension of Time D.C. COLO. L Civ.R 6.1" (filed August 29, 2008) (doc. # 36) was GRANTED on September 2, 2008. (*See* doc. # 38).

3. Mr. Portier's "Motion for Extension of Time D.C. COLO. L Civ.R 6.1" (filed August 18, 2008) (doc. # 35) was GRANTED on September 2, 2008. (*See* doc. # 38).

4. Mr. Portier may file his Surreply to Defendants' Reply in Support of Motion to Dismiss **on or before September 30, 2008**. *No further extensions will be permitted.*

DATED at Denver, Colorado, this 3rd day of September, 2008.

                                            BY THE COURT:

                                            s/Craig B. Shaffer
                                            United States Magistrate Judge