IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 08-cv-00235-WYD-CBS | FTR - Reporter Deck-Courtroom A402 |
| Date: February 9, 2009 | Courtroom Deputy: Ginny Kramer |

| *Parties:* | *Counsel:* |
|---|---|
| KENNETH W. PORTIER, | Pro Se - via telephone |
| Plaintiff, | |
| v. | |
| ANN DEFUSCO, Lt. (CSP), and<br>LT. RENEE OLIVETTE, Lt. (CSP) | Christopher Alber |
| Defendants. | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: MOTION HEARING**

**Court in Session: 1:38 p.m.**

Court calls case. Appearances of counsel.

The Court, counsel and pro se plaintiff discuss pending motions.

**It was ORDERED:**

1. That plaintiff's Motion to Stay [#58] filed January 28, 2009, is **denied without prejudice** for the reasons stated on the record.

2. That plaintiff's Motion to Amend/Correct/Modify filed January 28, 2009, is **denied.** The Court finds that this motion is premature.

3. That plaintiff's Motion for Hearing/Conference [#61] filed January 30, 2009, is **denied** for the reasons stated on the record.

4. That plaintiff's Motion to Reset [#64] filed February 6, 2009, is **denied as moot.**

5. That plaintiff's Motion to Stay re: [46] Report and Recommendations re [21] Motion to Dismiss filed by Renee Olivette, Ann Defusco Report and Recommendation [#54] filed January 28, 2009, is **denied**, as to the extent it is asking to stay the case.

6. That the affidavit in Document 60 is accepted for filing.

HEARING CONCLUDED.

**Court in recess: 2:25 p.m.**
Total time in court:    00:47

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.